AUSA: Sara Woodward  Telephone: (313) 226-9100
Task Force Officer: Chad MacDonald Telephone: (313) 965-2323

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Charles Edward DRUMMER

Case No. 2:25-mj-30267
Judge: Unassigned,
Filed: 04-29-2025 At 04:22 PM
CMP USA V. CHARLES EDWARD DRUMMER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 27, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Chad MacDonald - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 29, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Honorable Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Chad MacDonald, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been assigned to the Violent Crimes Task Force since 2022. I am also a sworn police officer with the Dearborn Police Department in the County of Wayne, State of Michigan. I have been employed as a police officer since 2008. I have received training and experience including, but not limited to, conducting criminal investigations, drafting/executing search warrants, interviewing victims, interrogation of suspects, and conducting homicide, major larceny, armed robbery, bank robbery, illegal possession of firearms, and narcotics investigations.

2. I make this affidavit in support of criminal complaint and arrest warrant for CHARLES EDWARD DRUMMER for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement professionals. This affidavit is intended to show that there is sufficient probable cause for the complaint and requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. PROBABLE CAUSE

4. On April 27, 2025, Dearborn Police officers responded to a high school in Dearborn, Michigan, on report of a male with a firearm. Once at the school, officers spoke to a witness who reported that a man exposed a firearm with an extended magazine in his waistband. The witness further stated that the armed man entered the front passenger seat of a white Chrysler Town and Country minivan, prior to the van leaving the area.

5. Responding officers located a white Town and Country in the area. Officers pulled the van over and made contact with the occupants of the vehicle; the front passenger was identified as CHARLES EDWARD DRUMMER. A LEIN check of DRUMMER reveled him to have arrest warrants. DRUMMER was placed under arrest, handcuffed, and searched. Officers discovered that DRUMMER was wearing a bulletproof vest, which contained ballistic panels inserted inside.

6. A search of the minivan located a handgun with an extended magazine protruding from under the front passenger seat where DRUMMER had been sitting. The gun, a black and silver, .40 caliber, Smith and Wesson, was accessible to the passenger, and its position was consistent with it having been concealed by the front passenger underneath the front passenger seat. The handgun was loaded with thirteen (13) live rounds in the extended magazine.

7.     I consulted with ATF Nexus Agent Special Agent Michael Jacobs, who made a preliminary opinion, based on the Smith and Wesson pistol's physical description, that it was not manufactured in the State of Michigan and therefore previously traveled in interstate or foreign commerce.

8.     I reviewed DRUMMER's criminal history and learned that he has several felony convictions, including:

- Weapons, felony firearms, two-year sentence imposed in 2005;

- Breaking and entering a building with intent, 18-month to 10 year sentence imposed in 2008;

- Unlawfully driving away an automobile, 18-month to 5-year sentence imposed in 2008;

- Felony firearms, second offense, 5-year sentence imposed in 2011;

- Assault with intent to rob while armed, 5-20 year sentence imposed in 2011.

9.     Accordingly, there is probable cause to believe that DRUMMER is aware of his status as a convicted felon and that he is prohibited from possessing firearms.

3

## III.   CONCLUSION

10.   There is probable cause to believe that CHARLES EDWARD DRUMMER knowingly and intentionally possessed a firearm on April 27, 2025, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Chad MacDonald, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:   April 29, 2025

4